The order denies motion for a new trial on the minutes.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

J. OAKLEY DAVIDSON, Respondent, v. CITY OF NIAGARA FALLS, NEW YORK, Appellant, and BOARD OF EDUCATION OF THE CITY OF NIAGARA FALLS, NEW YORK, Defendant.— Judgment and order affirmed, with costs. All concur. (Companion action to last above named for loss of services.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

CASMIERE KISZKISS, Appellant, v. THE WILLSEA WORKS, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order strikes out reference to rules in the complaint in an action for damages for personal injuries, viz., contracting silicosis.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

FLOYD JOHNSON, Appellant, v. CERTAIN-TEED PRODUCTS CORPORATION, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order strikes out reference to rules in the complaint in an action for damages for personal injuries, viz., contracting silicosis.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

EDWARD C. WERNER, Respondent, v. CHRISTIE WEINREBER and ROOT NEAL & COMPANY, Appellants.— Judgment affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action.) Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

MICHAEL F. LEISING, Respondent, v. INTERNATIONAL BUS CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies motion for a new trial on the minutes.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JUNE H. LEISING, Respondent, v. INTERNATIONAL BUS CORPORATION, Appellant.— Judgment and order affirmed, with costs. All concur. (The judgment is for property damage to an automobile. The order denies a motion for a new trial on the minutes.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

JOSEPH BARONE, Respondent, v. GUARDIAN TRANSPORT COMPANY and FRED SMITH, Appellants.— Judgment and order affirmed, with costs. All concur. (The judgment awards damages for personal injuries in an automobile negligence action. The order denies motion for a new trial on the minutes.)   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

GUSTAV RANDTKE, Respondent, v. GUARDIAN TRANSPORT COMPANY and FRED SMITH, Appellants.— Same decision and like cause of action as in companion case of Barone v. Guardian Transport Company (supra).   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

VICTOR S. DELANO, Respondent, v. GUARDIAN TRANSPORT COMPANY and FRED SMITH, Appellants.— Same decision and like cause of action as in companion case of Barone v. Guardian Transport Company (supra).   Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

BEATRICE E. O'BRIAN, Respondent, v. HIGHLAND HOSPITAL OF ROCHESTER, Appellant.— Judgment and order affirmed, with costs. All concur. (The judg-